# ALABAMA COURT OF CRIMINAL APPEALS



April 11, 2025

**CR-2024-0438**
Andre Jamiel Thorne v. State of Alabama (Appeal from Madison Circuit Court: CC-20-877.60)

# <u>NOTICE</u>

You are hereby notified that on April 11, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk